*Dixon Nunnery Appraisal Service*



35 College Lane
Prestonsburg, Kentucky 41653
(606) 886-6464

*Certified General Real Property Appraiser*

April 3, 2013

Russell H. Davis
Attorney At Law
Baird & Baird
P.O. Box 351
Pikeville, Kentucky 41502

                       Re:   Damage Estimate Appraisal
                             Dr. Richard Adler Property
                             525 Soloman Lane
                             Emmalena, Kentucky

Dear Mr. Davis:

Per request, I have made a complete inspection of the above referenced real property on March 22, 2013, to determine a fair and marketable value of same before and after structural damage was alleged by the owner.

Said damage as alleged by the owner, occurred after the purchase of a residential lot and the construction of a single-family residence by Ricky Robinson Construction, Inc., et.al.

Property Description

Subject property is located off Ky. Rt. 80, within the Meadow Subdivision, approximately three miles west of the Hindman exit, Knott County, Kentucky.

Said property consists of a level to sloping residential lot (No. 20), and a detached, one-story, single-family residence.

A more particular description of subject residence is as follows:

| | |
|---|---|
| Size: | 2,375+ sq.ft. |
| Exterior: | Brick veneer |
| Roof: | Asphalt Shingle |
| Foundation: | Concrete block |
| Rooms: | Seven |
| Baths: | 2.5 (marble tile) |
| Interior: | Drywall |
| Floors: | Hardwood |
| Heat: | Heat pump |
| A.C.: | Central |
| Garage: | 2-car. Finished. 26.5' X 24' |
| Porches: | Front. 6' X 8'+; back. 5.5'X24'. |
| Driveway: | Concrete |
| Quality: | Good |
| Condition: | Good |
| Age: | Built 2011 |
| Additional: | Security sytem. Cathedral ceilings. |

<u>Alleged Damage Subject Residence</u>

I.  Exterior:

  A.  Foundation

   1. Foundation settled. Interior piers out of level.

  B.  Front Side

   1. Mortar separation brick right side window. Cap.
One brick.

   2. Mortar separation at butt joint of front porch steps.
Horizonal separation in brick porch foundation.

   3. Seal broken stationary window over dining room windows.

   4. Mortar separation over left side window.

   5. Mortar and brick crack under left side window.
(Nine+ bricks)

C. Right Side

No damage indicated by owner.

D. Left Side

1. Mortar separation over right side window. (One brick)

2. Mortar and brick crack under same window. (Nine+ bricks.)

E. Back Side

1. Mortar and brick crack under right side window.
   (Six bricks+)

2. Horizonal mortar separation top brick of porch foundation.

3. Mortar separation one brick under meter box.

II. Interior

A. Great Room

1. Floor out level.

2. Drywall cracks in seams of ceiling and side wall at
   corner bead.

3. Baseboard separated from floor at front side windows.

B. Dining Room

1. Seam cracks ceiling. Bulge in seam of ceiling.

2. Floor out of level.

C. Kitchen

1. Bulge in ceiling at seam.

D. Master Bedroom

1. Baseboard separated from floor outside wall.

E.  Master Bath

1.  Closet shelving separated from wall.

2.  Trim popped off window.

3.  Seam crack ceiling.

4.  Grout cracked and loose in marble tile of base at shower and interior wall.

F.  Front Bedroom

1.  Window trim separated at miter joints.

G.  Back Bedroom

1.  Window trim separated at miter joints.

2.  Seam crack ceiling and at entrance door.

3.  Floor out of level at outside wall.

H.  One-Half Bath

No damage indicated.

I.  Utility Room

1.  Door to closet sticks. Window sticks. Trim separated at miter joint window.

J.  Hallway

1.  Drywall separations seam around ceiling.

2.  Trim separated.

K.  Garage

1.  Cracks concrete floor. One crack front to back.

2.  Concrete floor separated from block walls.

3.  Drywall crack over door to inside house.

Estimated Diminution in Market Value

In determining an estimated diminution in market value for subject
property as a whole immediately before the alleged
damage and immediately after, this appraiser has gathered
pertinent information relative to the property, and has
gathered and analyzed available market data within similar
market areas as said property.  Said information is based on
this appraiser's observations as well as the observations and
assumptions presented by the owner.

Therefore, in the final analysis, taking into consideration
basic market factors of adjustment, as well as the overall
pre-existing condition of subject property immediately before
and immediately after the alleged damages, said property, as a
whole, has the following indicated difference in market values.

    Market Value Before Damages: - - - - - - $ 280,000.

    Market Value After Damages:  - - - - - - $ 270,000.

                    Difference $ 10,000.

Respectfully submitted,

Dixon Nunnery

CERTIFICATION

I, the undersigned, do hereby certify that I have made a field
inspection of the property herein appraised, and that neither
my employment nor my compensation for making this appraisal
are in any way contingent upon the value reported herein and that
to the best of my knowledge and belief that statements contained
in the appraisal report are true, and the information upon which
the opinions expressed herein are based is correct, subject to
the limiting conditions herein set forth.

LIMITING CONDITIONS AND ASSUMPTIONS

The following underlying assumptions and conditions have been
made:

1.  That the title to the property is good and marketable.

2.  That there are no encumbrances against the property that
    would in any way affect the valuation.

3.  That a survey of this property has been made, and that I
    assume no responsibility in connection with such matter.

4.  That information supplied by others is, to the best of my
    knowledge and belief, in conformity with the true facts, but
    no further liability can be assumed for their accuracy.

5.  That a legal description has been furnished this appraiser,
    and that I assume no responsibility with such matter.

6.  That no one other than the appraiser signing this report
    prepared the analysis, conclusions and opinions concerning
    real estate that are set forth in the appraisal report.

7.  All valuations in the report are applicable only under the
    stated program of highest and best use and are not
    necessarily applicable under other uses.

8.  That any applicable sketches and photographs included in this
    report are only for the purpose of aiding the reader in
    visualizing the property.

9.  That the following is a summary appraisal report.

_____4-3-13_____          _____
                               Dixon Nunnery

-6-

## Supporting Market Data

<u>C.S. No. 1</u> (House and Lot No. 10)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 4-09  DB 247 PG 20 |
| Sale Price: | $350,000. |

<u>C.S. No. 2</u> (House and Lot No. 71)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 4-10  DB 252 PG 413 |
| Sale Price: | $244,000. |

<u>C.S. No. 3</u> (House and Lot No. 43)

| | |
|---|---|
| Location: | Phoenix Subdivision (Knott Co.) |
| Sale Date: | 4-11  DB 258 PG 4 |
| Sale Price: | $269,000. |

<u>C.S. No. 4</u> (Lot No. 5)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 3-11  DB 256 PG 617 |
| Sale Price: | $40,500. |

<u>C.S. No. 5</u> (Lot No. 20/S.P.)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 11-10  DB 255 PG 636 |
| Sale Price: | $36,000. |

## APPRAISAL QUALIFICATIONS

Name: Dixon Nunnery

Residence: Prestonsburg, Kentucky

Occupation: Real Estate Appraiser & Broker

Professional Designations: Certified General Real Property Appraiser, State of Kentucky. Licensed Real Estate Broker, State of Kentucky.

Years Experience: Professionally since 1967

Education: B.A. Degree, University of Kentucky

PROFESSIONAL APPRAISAL EDUCATION:

American Institute of Real Estate Appraiser's - Course 1-A Basic Principles, methods and techniques of Real Estate Appraisal. University of Indiana.

American Institute of Real Estate Appraiser's - Course 1-B Capitalization methods and techniques for appraising income producing properties. University of Chicago.

Society of Real Estate Appraiser's - Course on narrative appraisal report writing. Eastern Kentucky University.

Society of Real Estate Appraiser's - Completed reciprocal of society's appraisal courses 101 and 201.

Appraisal Institute - Course SPPA - Standards of Professional Practice.

Additional Seminars and Conferences held by Appraisal Institute.

Positions Held: Appraiser and District Review Appraiser, Kentucky Bureau of Highways, Pikeville, Kentucky. 1967-1974.

Chief Appraiser, United Federal Savings & Loan Assoc. Prestonsburg, Kentucky 1974-1985

Present Position: Owner, Nunnery Realty & Appraisal Service

COURTS QUALIFIED AS EXPERT APPRAISAL WITNESS:

Counties of: Pike, Floyd, Johnson, Martin, Lawrence, Knott, Magoffin, Laural, Clay, Harlan, Elliott, Franklin, Breathitt, Morgan, Perry, and Letcher.

Federal District courts at Pikeville, Lexington & Ashland, KY.

Membership: Kentucky Real Estate Appraiser's Board
Kentucky Association of Realtors
National Association of Realtors

## APPRAISAL CLIENTS

| | |
|---|---|
| Federal Highway Administration | Area Banks |
| Kentucky Dept. of Transportation | Floyd Co. Board of Education |
| Kentucky Power Company | Johnson Co. Board of Education |
| South Central Bell Telephone Co. | Pike Co. Board of Education |
| Columbia Gas and Transmission Co. | Martin Co. Board of Education |
| C & O Railroad Company | Individuals and Attorneys |
| Appalachian Power Company | Insurance and Coal Companies |
| University of Kentucky | Floyd County Fiscal Court |
| Martin County Fiscal Court | Johnson County Fiscal Court |
| Pike County Fiscal Court | Cities of Prestonsburg, Pikeville & Paintsville, Ky. |











35 College Lane
Prestonsburg, Kentucky 41653

(606) 886-6464

*Certified General Real Property Appraiser*

April 3, 2013

Russell H. Davis
Attorney At Law
Baird & Baird
P.O. Box 351
Pikeville, Kentucky 41502

Re: Damage Estimate Appraisal
Dr. Richard Adler Property
525 Soloman Lane
Emmalena, Kentucky

Dear Mr. Davis:

Per request, I have made a complete inspection of the above referenced real property on March 22, 2013, to determine a fair and marketable value of same before and after structural damage was alleged by the owner.

Said damage as alleged by the owner, occurred after the purchase of a residential lot and the construction of a single-family residence by Ricky Robinson Construction, Inc., et.al.

Property Description

Subject property is located off Ky. Rt. 80, within the Meadow Subdivision, approximately three miles west of the Hindman exit, Knott County, Kentucky.

Said property consists of a level to sloping residential lot (No. 20), and a detached, one-story, single-family residence.

A more particular description of subject residence is as follows:

| | |
|---|---|
| Size: | 2,375± sq.ft. |
| Exterior: | Brick veneer |
| Roof: | Asphalt Shingle |
| Foundation: | Concrete block |
| Rooms: | Seven |
| Baths: | 2.5 (marble tile) |
| Interior: | Drywall |
| Floors: | Hardwood |
| Heat: | Heat pump |
| A.C.: | Central |
| Garage: | 2-car. Finished. 26.5' X 24' |
| Porches: | Front. 6' X 8'±; back. 5.5'X24'. |
| Driveway: | Concrete |
| Quality: | Good |
| Condition: | Good |
| Age: | Built 2011 |
| Additional: | Security sytem. Cathedral ceilings. |

## Alleged Damage Subject Residence

I. Exterior:

A. Foundation

1. Foundation settled. Interior piers out of level.

B. Front Side

1. Mortar separation brick right side window. Cap.
One brick.

2. Mortar separation at butt joint of front porch steps.
Horizonal separation in brick porch foundation.

3. Seal broken stationary window over dining room windows.

4. Mortar separation over left side window.

5. Mortar and brick crack under left side window.
(Nine± bricks)

C. Right Side

No damage indicated by owner.

D. Left Side

1. Mortar separation over right side window. (One brick)

2. Mortar and brick crack under same window. (Nine± bricks.)

E. Back Side

1. Mortar and brick crack under right side window.
   (Six bricks±)

2. Horizonal mortar separation top brick of porch foundation.

3. Mortar separation one brick under meter box.

II. Interior

A. Great Room

1. Floor out level.

2. Drywall cracks in seams of ceiling and side wall at
   corner bead.

3. Baseboard separated from floor at front side windows.

B. Dining Room

1. Seam cracks ceiling. Bulge in seam of ceiling.

2. Floor out of level.

C. Kitchen

1. Bulge in ceiling at seam.

D. Master Bedroom

1. Baseboard separated from floor outside wall.

E.  Master Bath

1.  Closet shelving separated from wall.

2.  Trim popped off window.

3.  Seam crack ceiling.

4.  Grout cracked and loose in marble tile of base at shower and interior wall.

F.  Front Bedroom

1.  Window trim separated at miter joints.

G.  Back Bedroom

1.  Window trim separated at miter joints.

2.  Seam crack ceiling and at entrance door.

3.  Floor out of level at outside wall.

H.  One-Half Bath

No damage indicated.

I.  Utility Room

1.  Door to closet sticks. Window sticks. Trim separated at miter joint window.

J.  Hallway

1.  Drywall separations seam around ceiling.

2.  Trim separated.

K.  Garage

1.  Cracks concrete floor. One crack front to back.

2.  Concrete floor separated from block walls.

3.  Drywall crack over door to inside house.

## Estimated Diminution in Market Value

In determining an estimated diminution in market value for subject property as a whole immediately before the alleged damage and immediately after, this appraiser has gathered pertinent information relative to the property, and has gathered and analyzed available market data within similar market areas as said property. Said information is based on this appraiser's observations as well as the observations and assumptions presented by the owner.

Therefore, in the final analysis, taking into consideration basic market factors of adjustment, as well as the overall pre-existing condition of subject property immediately before and immediately after the alleged damages, said property, as a whole, has the following indicated difference in market values.

Market Value Before Damages: - - - - - - $ 280,000.

Market Value After Damages: - - - - - - $ 270,000.

Difference $ 10,000.

Respectfully submitted,

_____
Dixon Nunnery

CERTIFICATION

I, the undersigned, do hereby certify that I have made a field inspection of the property herein appraised, and that neither my employment nor my compensation for making this appraisal are in any way contingent upon the value reported herein and that to the best of my knowledge and belief that statements contained in the appraisal report are true, and the information upon which the opinions expressed herein are based is correct, subject to the limiting conditions herein set forth.

LIMITING CONDITIONS AND ASSUMPTIONS

The following underlying assumptions and conditions have been made:

1.  That the title to the property is good and marketable.

2.  That there are no encumbrances against the property that would in any way affect the valuation.

3.  That a survey of this property has been made, and that I assume no responsibility in connection with such matter.

4.  That information supplied by others is, to the best of my knowledge and belief, in conformity with the true facts, but no further liability can be assumed for their accuracy.

5.  That a legal description has been furnished this appraiser, and that I assume no responsibility with such matter.

6.  That no one other than the appraiser signing this report prepared the analysis, conclusions and opinions concerning real estate that are set forth in the appraisal report.

7.  All valuations in the report are applicable only under the stated program of highest and best use and are not necessarily applicable under other uses.

8.  That any applicable sketches and photographs included in this report are only for the purpose of aiding the reader in visualizing the property.

9.  That the following is a summary appraisal report.

4-3-13

Dixon Nunnery

-6-

Supporting Market Data

C.S. No. 1 (House and Lot No. 10)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 4-09   DB 247 PG 20 |
| Sale Price: | $350,000. |

C.S. No. 2 (House and Lot No. 71)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 4-10   DB 252 PG 413 |
| Sale Price: | $244,000. |

C.S. No. 3 (House and Lot No. 43)

| | |
|---|---|
| Location: | Phoenix Subdivision (Knott Co.) |
| Sale Date: | 4-11   DB 258 PG 4 |
| Sale Price: | $269,000. |

C.S. No. 4 (Lot No. 5)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 3-11   DB 256 PG 617 |
| Sale Price: | $40,500. |

C.S. No. 5 (Lot No. 20/S.P.)

| | |
|---|---|
| Location: | Meadow Subdivision |
| Sale Date: | 11-10   DB 255 PG 636 |
| Sale Price: | $36,000. |









## APPRAISAL QUALIFICATIONS

Name: Dixon Nunnery

Residence: Prestonsburg, Kentucky

Occupation: Real Estate Appraiser & Broker

Professional Designations: Certified General Real Property Appraiser, State of Kentucky. Licensed Real Estate Broker, State of Kentucky.

Years Experience: Professionally since 1967

Education: B.A. Degree, University of Kentucky

PROFESSIONAL APPRAISAL EDUCATION:

American Institute of Real Estate Appraiser's – Course 1-A Basic Principles, methods and techniques of Real Estate Appraisal. University of Indiana.

American Institute of Real Estate Appraiser's – Course 1-B Capitalization methods and techniques for appraising income producing properties. University of Chicago.

Society of Real Estate Appraiser's – Course on narrative appraisal report writing. Eastern Kentucky University.

Society of Real Estate Appraiser's – Completed reciprocal of society's appraisal courses 101 and 201.

Appraisal Institute – Course SPPA – Standards of Professional Practice.

Additional Seminars and Conferences held by Appraisal Institute.

Positions Held: Appraiser and District Review Appraiser, Kentucky Bureau of Highways, Pikeville, Kentucky. 1967-1974.

Chief Appraiser, United Federal Savings & Loan Assoc. Prestonsburg, Kentucky 1974-1985

Present Position: Owner, Nunnery Realty & Appraisal Service

COURTS QUALIFIED AS EXPERT APPRAISAL WITNESS:

Counties of: Pike, Floyd, Johnson, Martin, Lawrence, Knott, Magoffin, Laural, Clay, Harlan, Elliott, Franklin, Breathitt, Morgan, Perry, and Letcher.

Federal District courts at Pikeville, Lexington & Ashland, KY.

Membership: Kentucky Real Estate Appraiser's Board
Kentucky Association of Realtors
National Association of Realtors

## APPRAISAL CLIENTS

| | |
|---|---|
| Federal Highway Administration | Area Banks |
| Kentucky Dept. of Transportation | Floyd Co. Board of Education |
| Kentucky Power Company | Johnson Co. Board of Education |
| South Central Bell Telephone Co. | Pike Co. Board of Education |
| Columbia Gas and Transmission Co. | Martin Co. Board of Education |
| C & O Railroad Company | Individuals and Attorneys |
| Appalachian Power Company | Insurance and Coal Companies |
| University of Kentucky | Floyd County Fiscal Court |
| Martin County Fiscal Court | Johnson County Fiscal Court |
| Pike County Fiscal Court | Cities of Prestonsburg, Pikeville & Paintsville, Ky. |

Trial Testimony (2009-2012)

1. Barnett, et.al. Vs. Frasure Creek, 8-29-12. Pike Federal Court

2. Barnett, et.al. Vs. Frasure Creek, 3-27-12. Pike Federal Court

3. Barnett, et.al. Vs. Frasure Creek, 5-1-12. Pike Federal Court

4. Fleming, et.al. Vs. EQT Production, 1-23-12. Pike Circuit Court

5. Collins, et.al. Vs. Chesapeake Appalachia, 8-19-11. Knott Circuit Court

6. Hurley Vs. Pompey Coal, 3-8-11. Pike Circuit Court

7. Caudill Vs. James Rivers, et.al., 4-5-11. Perry Circuit Court

8. Baker Vs. Pine Br. Coal, 12-8-10. Breathitt Circuit Court

9. Oaks/Sumner Vs. Cut-Thru Hydrocarbon. 11-2-10. Perry Circuit Court

10. Comm. of Ky. Vs. Hannah, 4-5-10. Johnson Circuit Court

11. Morgan Vs. Triplett Construction, 7-22-09. Johnson Circuit Court

12. Comm. of Ky. Vs. Watts, 7-21-09. Letcher Circuit Court

Deposition Dates (2009-2012)

13. Juett Vs. Knott Co. Water, 4-22-10. Knott Circuit Court

14. Pinson Vs. Pike Co. Fiscal Court. 11-09, Pike Circuit Court