# ❧Goble Contracting, Inc.❧

*81 Willow Drive*
*Auxier, KY 41602*
*606-889-0105 • Fax 606-886-0030*

MARCH 25, 2013

BAIRD, BAIRD, BAIRD & JONES, PSC
ATTN: RUSSELL DAVIS
P.O. BOX 351
PIKEVILLE, KENTUCKY 41502

RE: INSPECTION AND REPAIR REPORT
RICHARD ADLER
525 SOLOMAN LANE
EMMALENNA, KENTUCKY

DEAR MR.DAVIS:

PER YOUR REQUEST, I HAVE MADE A COMPLETE INSPECTION OF THE ABOVE REFERENCED REAL PROPERTY ON MARCH 22, 2013, TO DETERMINE COST OF REPAIRING THOSE DAMAGES ALLEGED BY THE OWNER TO HAVE OCCURRED DURING OR AFTER THE CONSTRUCTION OF THEIR HOUSE.

-1-

714. 0509

**DESCRIPTION OF PROPERTY:** SINGLE LEVEL- FRAME CONSTRUCTION
APPROX. 2YRS OLD
BLOCK ON CEMENT FOUNDATION
BRICK VENEER/ VINYL EXTERIOR
ASPHALT ROOF
FRONT COVERED STOOP
REAR COVERED PORCH CEMENT SLAB
ON BLOCK
SINGLE CAR GARAGE
CEMENT DRIVEWAY
CENTRAL HEAT AND AIR
CITY WATER

## EXTERIOR

A. **REAR**
1. HAIRLINE BRICK MORTAR CRACK UNDER THE ELECTRIC METER BASE.
2. HAIRLINE MORTAR CRACK UNDER PORCH SLAB RUNNING HORIZONAL PARTLY AROUND PORCH.

B. **FRONT**
1. MR. ADLERS FRIEND STATED WINDOW PANEL FELL OUT, HAD BEEN REPAIRED.
2. HAIRLINE MORTAR CRACKS BRICK SEAL.
3. HAIRLINE MORTAR SEPARATION WHERE STEPS JOIN UP WITH PORCH.
4. MR. ADLERS FRIEND STATED WINDOW FOGGING UP AT TIMES, TOP CENTER.
5. STAIR STEP BRICK AND MORTAR CRACKS LEFT CORNER.

C. **LEFT SIDE**
1. STAIR STEP BRICK AND MORTAR CRACKS UNDER WINDOW THAT RUNS DOWN TO THE FLOOR VENT.
2. CRACKS IN BRICK MORTAR TOP RIGHT OF WINDOW.

INTERIOR

A. GARAGE
   1. HAIRLINE CRACK IN CEMENT SLAB FLOOR.
   2. HAIRLINE DRYWALL CRACK OVER ENTRANCE DOOR TO HOUSE.
   3. HAIRLINE SEPARATION NEXT TO WALL BETWEEN CEMENT SLAB AND EXPANSION MATERIAL.

B. MASTER BEDROOM (RIGHT REAR)
   1. SEPARATION BASE SHOE AND FLOOR (UNDER WINDOW).

C. BATH CLOSET
   1. WOOD SHELVING SEPARATION, WALL AND SHELFS.
   2. CAULKING AND GROUT CRACK NEAR TUB AND NEAR WATER CLOSET.
   3. HAIRLINE DRYWALL CRACK IN CEILING REAR OF CEILING LIGHT.

D. DINING AREA
   1. CEILING HAIRLINE DRYWALL CRACK, NEAR CENTER OF CEILING RUNNING TOWARD THE LIVING ROOM.
   2. CEILING HAIRLINE DRYWALL CRACK WHERE CEILING MEETS THE WALLS.
   3. SEPARATION AROUND FLOOR AND BASE SHOE.
   4. DRYWALL SEAMS SHOWING CEILING AREA.

E. LIVING ROOM
   1. DRYWALL HAIRLINE CEILING CRACK.

F. KITCHEN
   1. DRYWALL CEILING SEAMS SHOWING.
   2. TRIM MITER JOINT WINDOW SEPARATION.

G. BEDROOM (FRONT LEFT)
   1. TRIM MITER SEPARATION.

H. BEDROOM (LEFT CENTER)
   1. TRIM MITER SEPARATION.
   2. FLOOR POPPING AND CRACKING NEAR WINDOW AREA.
   3. CEILING HAIRLINE CRACKS.

**I.    UTILITY ROOM**
     **1.    ENTRANCE DOOR STICKS.**
     **2.    WINDOW TRIM JOINT SEPARATION.**
     **3.    HOT WATER HEATER CLOSET DOOR STICKING.**


**ESTIMATED COST OF REPAIRS:**

**EXTERIOR**

**A.    REAR**

| | | |
|---|---|---|
| **1.** | **REPAIR MASONRY.** | **$7,026.00** |
| **2.** | **REPAIR MASONRY.** | **COV. A1** |

**B.    FRONT**

| | | |
|---|---|---|
| **1.** | **REPAIR WINDOW.** | **N/A** |
| **2.** | **REPAIR MASONRY.** | **COV. A1** |
| **3.** | **REPAIR MASONRY.** | **COV. A1** |
| **4.** | **REPAIR WINDOW.** | **$   253.00** |
| **5.** | **REPAIR MASONRY.** | **COV. A1** |

**C.    LEFT SIDE**

| | | |
|---|---|---|
| **1.** | **REPAIR MASONRY.** | **COV. A1** |
| **2.** | **REPAIR MASONRY.** | **COV. A1** |

**INTERIOR**

**A.    GARAGE**

| | | |
|---|---|---|
| **1.** | **REPAIR MASONRY.** | **COV. EXT. A1** |
| **2.** | **REPAIR DRYWALL.** | **$3,501.00** |
| **3.** | **REPAIR MASONRY.** | **COV. EXT. A1** |

**B.    MASTER BEDROOM (RIGHT REAR)**

| | | |
|---|---|---|
| **1.** | **REPAIR BASE SHOE TRIM.** | **$   896.00** |

**C.    BATH CLOSET**

| | | |
|---|---|---|
| **1.** | **REPAIR SHELVING.** | **$   272.00** |
| **2.** | **REPAIR CAULKING AND GROUT.** | **$   214.00** |
| **3.** | **REPAIR DRYWALL.** | **COV. A2** |

| | | |
|---|---|---|
| D. | DINING ROOM | |
| | 1. REPAIR DRYWALL. | COV. A2 |
| | 2. REPAIR DRYWALL. | COV. A2 |
| | 3. REPAIR BASE SHOE TRIM. | COV. B1 |
| | 4. REPAIR DRYWALL. | COV. A2 |
| E. | LIVING ROOM | |
| | 1. REPAIR DRYWALL. | COV. A2 |
| F. | KITCHEN | |
| | 1. REPAIR DRYWALL. | COV. A2 |
| | 2. REPAIR TRIM. | $ 407.00 |
| G. | BEDROOM (FRONT LEFT) | |
| | 1. REPAIR TRIM. | COV. F2 |
| H. | BEDROOM (LEFT CENTER) | |
| | 1. REPAIR TRIM. | COV. F2 |
| | 2. REPAIR FLOOR. | $ 422.00 |
| | 3. REPAIR DRYWALL. | COV. A2 |
| I. | UTILITY ROOM | |
| | 1. REPAIR DOOR. | $ 50.00 |
| | 2. REPAIR TRIM. | COV. F2 |
| | 3. REPAIR DOOR. | $ 50.00 |

TOTAL OF ESTIMATED COST:                    $13,091.00

OUR TOTAL ESTIMATED COST TO REPAIR ALLEGED DAMAGED PROPERTY INCLUDING MATERIAL AND LABOR IS:   THIRTEEN THOUSAND NINTY ONE AND 00/100 (13,091.00).

RESPECTFULLY SUBMITTED,

JAMES M. GOBLE
GOBLE CONTRACTING













































































































































# GOBLE CONTRACTING, INC.

*81 Willow Drive*
*Auxier, KY 41602*
*606-889-0105 • Fax: 606-886-0030*

RESUME:     JAMES M. GOBLE

81 WILLOW DRIVE

AUXIER, KENTUCKY 41602

606 889-0105

EDUCATION:

PRESTONSBURG HIGH SCHOOL

UNIVERSITY OF KENTUCKY – A.A. DEGREE

MOREHEAD STATE UNIVERSITY – BA DEGREE

CONSTRUCTION EXPERIENCE:

FOURTH GENERATION CARPENTER/ELECTRICIAN, FORTY FOUR YEAR CARPENTRY AND ELECTRICAL EXPERIENCE IN ALL PHASES OF REMODELING AND NEW CONSTRUCTION, BOTH COMMERCIAL AND RESIDENTAL.

THIRTY YEARS EXPERIENCE AS A GENERAL CONTRACTOR DEALING WITH ALL ASPECTS OF COMMERICAL AND RESIDENTAL, NEW CONSTRUCTION AND REMODELING PROJECTS.

APPRAISAL/EVALUATION EXPERIENCE:

TWENTY THREE YEARS EXPERIENCE DEALING WITH IHN DEPTH ESTIMATES AND EVALUATIONS OF THE COSTS TO REPAIR/REFURBISH DAMAGED STRUCTURES FOR INSURANCE PURPOSES.

COURTS QUALIFIED AS EXPERT WITNESS:

FLOYD, PIKE, MARTIN, JOHNSON, KNOTT, LETCHER, PERRY, MAGOFFIN, LAWRENCE AND BREATHITT COUNTIES

# ❧ GOBLE CONTRACTING, INC. ❦

*81 Willow Drive*
*Auxier, KY 41602*
*606-889-0105 • Fax 606-886-0030*

**TRAIL TESTIMONY FOR JAMES M GOBLE**

| | | |
|---|---|---|
| **07/22/09** | **MORGAN VS TRIPLETT CONSTRUCTION** | **JOHNSON CO** |
| **12/08/10** | **BAKER VS PINE BRANCH COAL** | **BREATHITT CO** |
| **04/05/11** | **CAUDILL VS JAMES RIVER** | **PERRY CO** |