UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| RICHARD C. ADLER, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 12-85-ART |
| | ) | |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| ELK GLENN, LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Richard Adler filed a motion to reopen discovery and continue the trial date in this case.  R. 147.  In support of his motion, Dr. Adler stated that his "key expert" withdrew as a witness due to a conflict of interest.  *Id.* at 2–3; *see also* R. 147-1 (Exhibit A – Email dated September 22, 2014).  Defendant Ricky Robinson Construction, Inc. ("RRC") filed a response to Dr. Adler's motion.  R. 148.  In the response, RRC asked to continue the trial date, but opposed reopening discovery.  *Id.*  RRC explained that Mr. and Mrs. Robinson, the principal witnesses for RRC, planned and paid for a family vacation before the Court rescheduled the trial in this matter for November.  *Id.* at 2.  Both sides agree that the trial should be continued.  *See also* R. 153 (Response from Elk Glenn, LLC agreeing to a short continuance of the trial in this matter).  And a continuance will prevent Mr. and Mrs. Robinson from incurring the expense and inconvenience of cancelling their travel plans. Accordingly, the Court will reschedule the trial in this case.

However, the Court cannot resolve the other issues that Dr. Adler raises in his motion. Why?  Because the undersigned must recuse himself from all remaining proceedings in this

matter, except for the pending motion for attorney's fees and a lien, R. 133.  Resolving the fee dispute requires delving into the substance of communications between Dr. Adler and his former attorney, Joe Childers.  Accordingly, the dispute necessarily exposes the undersigned to the plaintiff's personal views about the value of his case and his litigation tactics.  Dr. Adler deserves to have an impartial and uninvolved decision maker preside over his trial—not a judge who has been made privy to his private opinions concerning trial and settlement strategy.

Accordingly, it is **ORDERED** that:

(1)    Dr. Adler's motion to reopen discovery and continue the trial date, R. 147, is **GRANTED IN PART.**  The trial in this case currently scheduled for November 3, 2014, is **CONTINUED**.  Chief Judge Karen Caldwell will set the new date for trial and determine whether reopening discovery is necessary.

(2)    The undersigned will retain jurisdiction over the pending motion for attorney's fees and a lien against funds collected by the plaintiff, R. 133.

(3)    The Clerk of the Court **SHALL OPEN** a miscellaneous docket for the undersigned.  The Clerk of the Court **SHALL MANUALLY REDOCKET** the motion for attorney's fees and a lien, R. 133, the response to the motion, R. 141, the reply, R. 144, the supplemental filing, R. 150, the minute entry order for the motion hearing, R. 151, and the exhibit and witness list, R. 152, as well as all exhibits to these filings in the newly created miscellaneous docket.

(4)     The Clerk of the Court **SHALL ADD** to the newly created miscellaneous docket the parties to the attorney's fee dispute, Richard Adler and Joe Childers, as well as their counsel of record.

(5)     The Court advises the parties that any subsequent filings related to the motion for attorney's fees and a lien, R. 133, **SHALL BE FILED** in the newly created miscellaneous docket.

(6)     The Clerk of the Court **SHALL TERMINATE** and **STRIKE** from the existing docket the motion for attorney's fees and a lien, R. 133, the response to the motion, R. 141, the reply, R. 144, the supplemental filing, R. 150, the minute entry order for the motion hearing, R. 151, and the exhibit and witness list, R. 152, as well as all exhibits to these filings.

(7)     The undersigned must **RECUSE** himself from further proceedings in this case. Pursuant to the Case Assignment and Recusal Order, it is **ORDERED** that the remainder of this action is **REASSIGNED** to Chief Judge Karen Caldwell of the United States District Court for the Eastern District of Kentucky.  *See* General Order No. 14-7 at 3 ¶ 6.a.

This the 30th day of September, 2014.



Signed By:

_Amul R. Thapar_   AT

United States District Judge